**Order entered October 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01147-CV

**ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FLUENTE, Appellants**

**V.**

**FREDDIE PRICE, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-03907-B**

## ORDER

On September 30, 2019, the clerk's record was filed but contained pages of unreadable typographic symbols. To have access to the complete record, the Court requested a record with legible pages. On October 4, 2019, a corrected clerk's record was filed. Accordingly, we **STRIKE** the September 30, 2019 clerk's record.

/s/    BILL WHITEHILL
       JUSTICE